IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:06CV57

| | |
|---|---|
| NORMAN GATEWOOD,<br><br>               Plaintiff,<br><br>vs.<br><br>WALMART SUPER STORES, RADIO SHACK and MEADE INSTRUMENTS CORPORATION,<br><br>               Defendants. | |

## ORDER ON MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

This matter arises on the Motion for Leave to Appear Pro Hac Vice filed by Robert C. O'Brien, and it appearing that there is good cause for the motion and that it should be granted, it is hereby ORDERED pursuant to Local Rule 83.1(b) that Robert C. O'Brien of the firm of O'Brien Abeles LLP is admitted pro hac vice to appear and participate as counsel in the above-entitled action on behalf of Defendants Wal-Mart Stores, Inc., RadioShack Corporation and Meade Instruments Corporation.

Signed: May 17, 2006

_____
David C. Keesler
United States Magistrate Judge